

# NUMBER 13-23-00538-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SASHA PEREZ

**On appeal from the 28th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant Neutron Holdings, Inc. d/b/a Lime filed an interlocutory appeal on November 28, 2023, in this Court challenging the trial court's denial of its motion to compel arbitration. Appellant has filed an unopposed motion to dismiss this interlocutory appeal because appellee Sasha Perez has filed a notice of nonsuit in the trial court making this appeal moot. *See Lensing v. Card*, 417 S.W.3d 152, 155 (Tex. App.—Dallas 2013, no pet.) (providing that a notice of nonsuit in the trial court renders a pending interlocutory appeal moot).

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against each party incurring same as requested by appellant and agreed-to by appellee. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
4th day of January, 2024.